# United States District Court

__CENTRAL__ DISTRICT OF __ILLINOIS__
PEORIA DIVISION

**SUMMONS IN A CIVIL ACTION**

ARLENE WILMATH,
    Plaintiff,

Case Number: 04-1329

v.

ELMER W. PHIPPS and RICH SCHMITT,
d/b/a TRI-STATE TRENCHING & BACKHOE

TO:  Rich Schmitt

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY

    James E. Frasier, OBA #3108
    FRASIER, FRASIER & HICKMAN, LLP
    1700 Southwest Boulevard, P.O. Box 799
    Tulsa, OK 74101-0799

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_s/ John M. Waters_       _9/27/04_
CLERK      DATE

_s/ C. Douglas_
by DEPUTY CLERK

# United States District Court

<u>         CENTRAL         </u> DISTRICT OF <u>       ILLINOIS       </u>
<u>PEORIA DIVISION</u>

**SUMMONS IN A CIVIL ACTION**

ARLENE WILMATH,
    Plaintiff,

Case Number: 04-1329

v.

ELMER W. PHIPPS and RICH SCHMITT,
d/b/a TRI-STATE TRENCHING & BACKHOE

TO:   Elmer W. Phipps

     YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY

        James E. Frasier, OBA #3108
        FRASIER, FRASIER & HICKMAN, LLP
        1700 Southwest Boulevard, P.O. Box 799
        Tulsa, OK 74101-0799

an answer to the complaint which is herewith served upon you, within __20__ (~~30~~) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_s/ John M. Waters_        _9/27/04_
CLERK                                 DATE

_s/ C. Douglas_
by DEPUTY CLERK