# United States District Court

CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

**SUMMONS IN A CIVIL ACTION**

ARLENE WILMATH,
    Plaintiff,

Case Number: 04-1329

v.

ELMER W. PHIPPS and RICH SCHMITT,
d/b/a TRI-STATE TRENCHING & BACKHOE

TO:  Rich Schmitt

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY

    James E. Frasier, OBA #3108
    FRASIER, FRASIER & HICKMAN, LLP
    1700 Southwest Boulevard, P.O. Box 799
    Tulsa, OK 74101-0799

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

s/ John M. Waters      9/27/04
CLERK      DATE

s/ C. Douglas
by DEPUTY CLERK

# United States District Court

   CENTRAL   DISTRICT OF   ILLINOIS
       PEORIA DIVISION

**SUMMONS IN A CIVIL ACTION**

ARLENE WILMATH,
   Plaintiff,

Case Number: 04-1329

v.

ELMER W. PHIPPS and RICH SCHMITT,
d/b/a TRI-STATE TRENCHING & BACKHOE

TO: Elmer W. Phipps

  YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY

    James E. Frasier, OBA #3108
    FRASIER, FRASIER & HICKMAN, LLP
    1700 Southwest Boulevard, P.O. Box 799
    Tulsa, OK 74101-0799

an answer to the complaint which is herewith served upon you, within 20 (~~30~~) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

s/ John M. Waters       9/27/04
CLERK            DATE

s/ C. Douglas
by DEPUTY CLERK