# United States District Court

__CENTRAL__ DISTRICT OF __ILLINOIS__
PEORIA DIVISION

**SUMMONS IN A CIVIL ACTION**

ARLENE WILMATH,
    Plaintiff,

Case Number: 04-1329

v.

ELMER W. PHIPPS and RICH SCHMITT,
d/b/a TRI-STATE TRENCHING & BACKHOE

FILED
OCT 19 2004
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO:   Elmer W. Phipps

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY

    James E. Frasier, OBA #3108
    FRASIER, FRASIER & HICKMAN, LLP
    1700 Southwest Boulevard, P.O. Box 799
    Tulsa, OK 74101-0799

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

s/ John M. Waters            9/27/04
CLERK                                          DATE

s/ C. Douglas
by DEPUTY CLERK

58572

# United States District Court

_____CENTRAL_____ DISTRICT OF _____ILLINOIS_____
PEORIA DIVISION

**SUMMONS IN A CIVIL ACTION**

ARLENE WILMATH,
    Plaintiff,

Case Number: 04-1329

v.

ELMER W. PHIPPS and RICH SCHMITT,
d/b/a TRI-STATE TRENCHING & BACKHOE

TO:   Elmer W. Phipps

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY

    James E. Frasier, OBA #3108
    FRASIER, FRASIER & HICKMAN, LLP
    1700 Southwest Boulevard, P.O. Box 799
    Tulsa, OK 74101-0799

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_s/ John M. Waters_      _9/27/04_
CLERK      DATE

_s/ C. Douglas_
by DEPUTY CLERK

# PROOF OF SERVICE AFFIDAVIT

58572

| | |
|---|---|
| County of: | USDC / CENTRAL |
| State of: | ILLINOIS |
| Plaintiff/In Re: | ARLENE WILMATH |
| Defendant(s): | ELMER W. PHIPPS, ET AL., |

Case No: 04-1329

Documents Served: SUMMONS AND COMPLAINT FOR JURY TRIAL

Date Received: 30 Sep 2004

I, **JEFFREY Holmes** do hereby certify that I served the above named documents on:

**ELMER W. PHIPPS**

By delivering copies to: **Elmer Phipps**
(Title/Relationship) **Defendant**
Address of Service: **411 W. Third, Delavan, IL 61734**
Date of Service: **10-7-04**
Time of Service: **1:30 PM**

☒ PERSONAL SERVICE.

☐ RESIDENTIAL SERVICE (by leaving a true copy of said process with a person residing therein, who is fifteen (15) years of age or older, at the above listed address, which is the usual place of abode or dwelling house of the above named person(s)

☐ CORPORATION/PARTNERSHIP (by delivering a true copy of said process to an officer, agent or partner of the above named entity.)

☐ NOT FOUND FOR THE FOLLOWING REASON

## Affidavit

I, the undersigned, under oath, do say, that I served the above named documents and made this return thereon, according to law; that I am duly authorized to make this affidavit so help me God.

Subscribed and Sworn to before me on this **7th** day of **Oct**, 2004.

Signature of Process Server         PSL #

Notary Public

"OFFICIAL SEAL"
ROSS B. RADKE
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 11/01/2008

**Bryan Smith & Associates, Inc.**
P.O. Box 799
Tulsa, OK 74101
Office: 918-582-5353  Toll Free: 800-528-2724
Pager: 918-646-5680  Email: bsai799@aol.com

⌬AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 10/7/04 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| JEFFREY HOLMES | P.I. |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/7/04
　　　　　　　Date

　　　　　　　Signature of Server

　　　　　　　1337 Wabash Ave Springfield Ill
　　　　　　　Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                  Date                    *Signature of Server*

                                         _____
                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.