E-FILED
Tuesday, 19 October, 2004  12:24:47 PM
Clerk, U.S. District Court, ILCD

# United States District Court

__CENTRAL__ DISTRICT OF __ILLINOIS__
PEORIA DIVISION

**SUMMONS IN A CIVIL ACTION**

ARLENE WILMATH,
  Plaintiff,

Case Number: 04-1329

v.

ELMER W. PHIPPS and RICH SCHMITT,
d/b/a TRI-STATE TRENCHING & BACKHOE

**FILED**
OCT 19 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO: Rich Schmitt

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY

  James E. Frasier, OBA #3108
  FRASIER, FRASIER & HICKMAN, LLP
  1700 Southwest Boulevard, P.O. Box 799
  Tulsa, OK 74101-0799

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

s/ John M. Waters      9/27/04
CLERK          DATE

s/ C. Douglas
by DEPUTY CLERK

# United States District Court

__CENTRAL__ DISTRICT OF __ILLINOIS__
PEORIA DIVISION

**SUMMONS IN A CIVIL ACTION**

ARLENE WILMATH,
    Plaintiff,

v.

ELMER W. PHIPPS and RICH SCHMITT,
d/b/a TRI-STATE TRENCHING & BACKHOE

Case Number:

04-1329

TO: Rich Schmitt

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY

    James E. Frasier, OBA #3108
    FRASIER, FRASIER & HICKMAN, LLP
    1700 Southwest Boulevard, P.O. Box 799
    Tulsa, OK 74101-0799

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

s/ John M. Waters
CLERK

9/27/04
DATE

s/ C. Douglas
by DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 10/7/04 |
| NAME OF SERVER (PRINT) JEFFREY HOLMES | TITLE P.I. |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/7/04
             *Date*          *Signature of Server*

1337 Wabash Ave Springfield Ill
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## PROOF OF SERVICE AFFIDAVIT

58575

| | |
|---|---|
| County of: | USDC / CENTRAL |
| State of: | ILLINOIS |
| Plaintiff/In Re: | ARLENE WILMATH |
| Defendant(s): | ELMER W. PHIPPS, ET AL., |

Case No: 04-1329

Documents Served: SUMMONS AND COMPLAINT FOR JURY TRIAL

Date Received: 30 Sep 2004

I, **JEFFREY HOLMES**, do hereby certify that I served the above named documents on:

**RICH SCHMITT**

By delivering copies to: Rich Schmitt
(Title/Relationship): Defendant
Address of Service: 411 W. Third, Delevan, IL 61734
Date of Service: 10-7-04
Time of Service: 1:30 PM

[X] PERSONAL SERVICE.

[ ] RESIDENTIAL SERVICE (by leaving a true copy of said process with a person residing therein, who is fifteen (15) years of age or older, at the above listed address, which is the usual place of abode or dwelling house of the above named person(s))

[ ] CORPORATION/PARTNERSHIP (by delivering a true copy of said process to an officer, agent or partner of the above named entity.)

[ ] NOT FOUND FOR THE FOLLOWING REASON

### Affidavit

I, the undersigned, under oath, do say, that I served the above named documents and made this return thereon, according to law; that I am duly authorized to make this affidavit so help me God.

Subscribed and Sworn to before me on this 7th day of OCT, 2004.

Signature of Process Server       PSL #

Notary Public

"OFFICIAL SEAL"
ROSS B. RADKE
NOTARY PUBLIC STATE OF ILLINOIS
Commission Expires 11/01/2008

Bryan Smith & Associates, Inc.
P.O. Box 799
Tulsa, OK 74101
Office: 918-582-5353   Toll Free: 800-528-2724
Pager: 918-646-5680   Email: bsai799@aol.com

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____　　_____
　　　　　　　　　　Date　　　　　　　　　　　*Signature of Server*

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.