E-FILED
Wednesday, 27 October, 2004  04:39:50 PM
Clerk, U.S. District Court, ILCD

BWD:sd I:\1\Civil\Wilmath, Boyd v Tri State 101 048 288\Pleadings\wilmath cert of interest.frm

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ARLENE WILMATH, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 04-1329 |
| ELMER W. PHIPPS and RICH SCHMITT, d/b/a TRI-STATE TRENCHING & BACKHOE, | ) ) ) ) |
| Defendants. | ) ) |

**CERTIFICATE OF INTEREST**

The undersigned, counsel of record for the Defendants, ELMER W. PHIPPS and RICH SCHMITT, d/b/a TRI-STATE TRENCHING & BACKHOE, furnishes the following in compliance with Rule 11.3 of this Court:

**(1)    The full name of every party or amicus the attorney represents in the case:**

ELMER W. PHIPPS and RICH SCHMITT, d/b/a TRI-STATE TRENCHING & BACKHOE,

**(2)    If such party or amicus is a corporation:**

**(a)    Its parent corporation, if any:**

Not applicable.

**(b)    A list of corporate stockholders which are publicly-held companies owning 10% or more of the stock of the party or amicus if it is a publicly-held company:**

          Not applicable.

**(3)**   **The names of all law firms whose partners or associates have appeared for the party or are expected to appear for the party in this case:**

Quinn, Johnston, Henderson & Pretorius
227 N.E. Jefferson Street
Peoria, IL  61602


          ELMER W. PHIPPS and RICH SCHMITT, d/b/a
          TRI-STATE TRENCHING & BACKHOE, Defendants


By:   /s/ Bradley W. Dunham
       Bradley W. Dunham - Lead Counsel
       Quinn, Johnston, Henderson & Pretorius
       227 N.E. Jefferson Street
       Peoria, IL  61602
       Telephone:  (309) 674-1133
       Fax:  (309) 674-6503
       E-Mail:  bdunham@qjhp.com

CERTIFICATE OF SERVICE

      I hereby certify that on _____October 27, 2004_____, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James E. Frasier
Frank W. Frasier
Laurie Phillips
1700 Southwest Boulevard
P.O. Box 799
Tulsa, OK  74101

      /s/ Bradley W. Dunham
      Bradley W. Dunham - Lead Counsel
      Attorney for Defendants
      Quinn, Johnston, Henderson & Pretorius
      227 N.E. Jefferson Street
      Peoria, IL  61602
      Phone: (309) 674-1133
      Fax:  (309) 674-6503