BWD:sd I:\1\Civil\Wilmath, Boyd v Tri State 101 048 288\Pleadings\wilmath ans & jury demand.frm

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ARLENE WILMATH, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 04-1329 |
| ELMER W. PHIPPS and RICH SCHMITT, d/b/a TRI-STATE TRENCHING & BACKHOE, | ) |
| Defendants. | ) |

**ANSWER, AFFIRMATIVE DEFENSES, AND DEMAND FOR JURY TRIAL**

NOW COME the Defendants, ELMER W. PHIPPS and RICH SCHMITT, d/b/a TRI-STATE TRENCHING & BACKHOE, by QUINN, JOHNSTON, HENDERSON & PRETORIUS, their attorneys, and as and for their Answer, Affirmative Defenses, and Demand for Jury Trial in connection with the above-captioned cause, state as follows:

**JURISDICTION**

**I.**

Upon information and belief, the Defendants admit that the Plaintiff is a citizen of the State of Oklahoma. In further response to Section I, the Defendants admit the remaining allegations of Section I, except that they deny that the Plaintiff is entitled to recover the sum of $75,000, or any other sum, from the Defendants herein.

**NEGLIGENCE**

**II.**

The Defendants deny the allegations of Section II of Plaintiff's Complaint.

WHEREFORE, the Defendants, ELMER W. PHIPPS and RICH SCHMITT, d/b/a TRI-STATE TRENCHING & BACKHOE, deny that the Plaintiff, ARLENE WILMATH, is entitled to judgment against them in the sum of $750,000, or any other sum, and pray that Plaintiff's Complaint herein be dismissed at cost to Plaintiff.

**THE DEFENDANTS DEMAND TRIAL BY JURY OF THIS CAUSE.**

### AFFIRMATIVE DEFENSES

As and for their Affirmative Defenses to Plaintiff's Complaint herein, the Defendants state that at and immediately prior to the accident in question, the Plaintiff, ARLENE WILMATH, was contributorily negligent, which negligence was the sole proximate cause, or alternatively proximately contributed to cause the accident in question and any alleged injuries and damages claimed by the Plaintiff.

WHEREFORE, the Defendants respectfully pray that Plaintiff's Complaint be dismissed with prejudice, or, alternatively, that Plaintiff's claim be barred or any judgment in favor of Plaintiff be reduced in accordance with 735 ILCS 5/2-1116.

**THE DEFENDANTS DEMAND TRIAL BY JURY OF THESE AFFIRMATIVE DEFENSES.**

                    ELMER W. PHIPPS and RICH SCHMITT, d/b/a
                    TRI-STATE TRENCHING & BACKHOE, Defendants


            By:   /s/ Bradley W. Dunham
                    Bradley W. Dunham - Lead Counsel
                    Quinn, Johnston, Henderson & Pretorius
                    227 N.E. Jefferson Street
                    Peoria, IL  61602

Telephone: (309) 674-1133
Fax: (309) 674-6503
E-Mail: bdunham@qjhp.com

## CERTIFICATE OF SERVICE

     I hereby certify that on  October 27, 2004 , I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James E. Frasier
Frank W. Frasier
Laurie Phillips
1700 Southwest Boulevard
P.O. Box 799
Tulsa, OK  74101

                                        /s/ Bradley W. Dunham
                                        Bradley W. Dunham - Lead Counsel
                                        Attorney for Defendants
                                        Quinn, Johnston, Henderson & Pretorius
                                        227 N.E. Jefferson Street
                                        Peoria, IL  61602
                                        Phone: (309) 674-1133
                                        Fax:  (309) 674-6503