BWD:sd I:\1\Civil\Wilmath, Boyd v Tri State 101 048 288\Pleadings\wilmath corrected cert of interest.frm

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ARLENE WILMATH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 04-1329 |
| ) | |
| ELMER W. PHIPPS and RICH SCHMITT, ) | |
| d/b/a TRI-STATE TRENCHING & ) | |
| BACKHOE, ) | |
| ) | |
| Defendants. ) | |

### CORRECTED CERTIFICATE OF INTEREST

The undersigned, counsel of record for the Defendants, ELMER W. PHIPPS and EARTH LOOP, INC., an Illinois corporation, d/b/a TRI-STATE TRENCHING & DRILLING (misstyled herein as "RICH SCHMITT, d/b/a TRI-STATE TRENCHING & BACKHOE"), furnishes the following corrected Certificate of Interest in compliance with Rule 11.3 of this Court:

**(1)   The full name of every party or amicus the attorney represents in the case:**

    1)   EARTH LOOP, INC., an Illinois Corporation, d/b/a TRI-STATE TRENCHING & DRILLING
    2)   ELMER W. PHIPPS

**(2)   If such party or amicus is a corporation:**

    **(a)   Its parent corporation, if any:**

    Not applicable.

  **(b)** **A list of corporate stockholders which are publicly-held companies owning 10% or more of the stock of the party or amicus if it is a publicly-held company:**

  Not applicable.

**(3)** **The names of all law firms whose partners or associates have appeared for the party or are expected to appear for the party in this case:**

Quinn, Johnston, Henderson & Pretorius
227 N.E. Jefferson Street
Peoria, IL  61602


  ELMER W. PHIPPS and EARTH LOOP, INC., d/b/a
  TRI-STATE TRENCHING & DRILLING, Defendants


  By: /s/ Bradley W. Dunham
    Bradley W. Dunham - Lead Counsel
    Quinn, Johnston, Henderson & Pretorius
    227 N.E. Jefferson Street
    Peoria, IL  61602
    Telephone:  (309) 674-1133
    Fax:  (309) 674-6503
    E-Mail:  bdunham@qjhp.com

CERTIFICATE OF SERVICE
===

      I hereby certify that on _____November 2, 2004_____, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James E. Frasier
Frank W. Frasier
Laurie Phillips
1700 Southwest Boulevard
P.O. Box 799
Tulsa, OK  74101

  /s/ Bradley W. Dunham
Bradley W. Dunham - Lead Counsel
Attorney for Defendants
Quinn, Johnston, Henderson & Pretorius
227 N.E. Jefferson Street
Peoria, IL  61602
Phone: (309) 674-1133
Fax:  (309) 674-6503