BWD:sd I:\1\Civil\Wilmath, Boyd v Tri State 101 048 288\Pleadings\wilmath mot to consolidate.frm

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ARLENE WILMATH, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 04-1329 |
| ELMER W. PHIPPS and RICH SCHMITT, d/b/a TRI-STATE TRENCHING & BACKHOE, | ) ) ) ) |
| Defendants. | ) ) |

### MOTION TO CONSOLIDATE

NOW COME the Defendants, ELMER W. PHIPPS and EARTH LOOP, INC., an Illinois corporation, d/b/a TRI-STATE TRENCHING & DRILLING (misstyled herein as "RICH SCHMITT, d/b/a TRI-STATE TRENCHING & BACKHOE"), by QUINN, JOHNSTON, HENDERSON & PRETORIUS, their attorneys, and as and for their Motion to Consolidate, state as follows:

1.   On September 27, 2004, the Plaintiff, ARLENE WILMATH, filed her Complaint and Demand for Jury Trial in Case No. 04-1329 in the United States District Court for the Central District of Illinois, Peoria Division.

2.   On September 27, 2004, the Plaintiff, CHARLES LEWIS BOYD, filed his Complaint and Demand for Jury Trial in Case No. 04-1330 in the United States District Court for the Central District of Illinois, Peoria Division.

3. In Case No. 04-1330, there is presently pending a Third Party Complaint for Contribution filed by the Defendants against the Third Party Defendant, ARLENE WILMATH, who is the Plaintiff in Case No. 04-1329.

4. The same accident and the same parties and witnesses are involved in both Case No. 04-1329 and Case No. 04-1330.

5. It would be an aid and convenience to the Court and the parties involved to consolidate all of these actions since they arise out of the same accident and involve the same parties and witnesses.

WHEREFORE, the Defendants, ELMER W. PHIPPS and EARTH LOOP, INC., an Illinois corporation, d/b/a TRI-STATE TRENCHING & DRILLING (misstyled herein as "RICH SCHMITT, d/b/a TRI-STATE TRENCHING & BACKHOE"), respectfully pray that the Court grant this Motion to Consolidate, and for such other and further relief as the Court deems just and appropriate.

ELMER W. PHIPPS and EARTH LOOP, INC., an Illinois corporation, d/b/a TRI-STATE TRENCHING & DRILLING, Defendants

By: /s/ *Bradley W. Dunham*
   Bradley W. Dunham - Lead Counsel
   Quinn, Johnston, Henderson & Pretorius
   227 N.E. Jefferson Street
   Peoria, IL  61602
   Telephone:  (309) 674-1133
   Fax:  (309) 674-6503
   E-Mail:  bdunham@qjhp.com

CERTIFICATE OF SERVICE

      I hereby certify that on   November 3, 2004  , I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James E. Frasier
Frank W. Frasier
Laurie Phillips
1700 Southwest Boulevard
P.O. Box 799
Tulsa, OK  74101

      /s/*Bradley W. Dunham*
Bradley W. Dunham - Lead Counsel
Attorney for Defendants
Quinn, Johnston, Henderson & Pretorius
227 N.E. Jefferson Street
Peoria, IL  61602
Phone: (309) 674-1133
Fax:  (309) 674-6503