BWD:sd I:\1\Civil\Wilmath, Boyd v Tri State 101 048 288\Pleadings\wilmath mot to cont sch conf.frm

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ARLENE WILMATH, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 04-1329 |
| ELMER W. PHIPPS and RICH SCHMITT, d/b/a TRI-STATE TRENCHING & BACKHOE, | ) ) ) ) |
| Defendants. | ) ) |

**MOTION TO CONTINUE
SCHEDULING CONFERENCE**

NOW COME the Defendants, ELMER W. PHIPPS and EARTH LOOP, INC., an Illinois corporation, d/b/a TRI-STATE TRENCHING & DRILLING (misstyled herein as "RICH SCHMITT, d/b/a TRI-STATE TRENCHING & BACKHOE"), by QUINN, JOHNSTON, HENDERSON & PRETORIUS, their attorneys, and hereby move the Court to continue the date set for the Scheduling Conference herein, and in support thereof state as follows:

1. On October 27, 2004, ELMER W. PHIPPS and RICH SCHMITT, d/b/a TRI-STATE TRENCHING & BACKHOE, as original Defendants in this cause, filed their Answer to Plaintiff's Complaint.

2. On October 29, 2004, ELMER W. PHIPPS and RICH SCHMITT, d/b/a TRI-STATE TRENCHING & BACKHOE, as Third Party Plaintiffs in Case No. 04-1330, filed their Third Party Complaint for Contribution against the Third Party Defendant, ARLENE WILMATH.

3. On October 29, 2004, Third Party Plaintiffs forwarded their Notice of Lawsuit and Request for Waiver of Service of Summons to the Third Party Defendant, ARLENE WILMATH.

4. Under F.R.C.P. 4, the Third Party Defendant, ARLENE WILMATH, is not obligated to answer the Third Party Complaint for Contribution until 60 days after the date on which the request for waiver of service was sent.

5. On November 2, 2004, the aforesaid original Defendants received a Notice of Hearing for a Rule 16 Scheduling Conference set for December 14, 2004, at 11:00 a.m. before Magistrate Judge John A. Gorman.

6. The Third Party Defendant, ARLENE WILMATH, should be included in any proposed discovery plan in order for the plan to be practical and workable.

7. It is reasonably anticipated that the Third Party Defendant, ARLENE WILMATH, will not have sufficient time to contact her liability insurance carrier and to have said carrier open a file and retain defense counsel to respond in Case No. 03-1330 on or before December 14, 2004, nor is she required to do so until 60 days after October 29, 2004.

8. Further, the Defendants have now filed a Motion to Consolidate this action with another action pending in this Court previously filed herein under the following caption:

```
CHARLES LEWIS BOYD,            )
                               )
              Plaintiff,       )
     vs.                       )
                               )
ELMER W. PHIPPS and RICH SCHMITT, )
d/b/a TRI-STATE TRENCHING &    )
BACKHOE,                       )
                               )
              Defendants.      )
_____      Case No.  04-1330
ELMER W. PHIPPS and RICH SCHMITT, )
```

|  |  |
|---|---|
| d/b/a TRI-STATE TRENCHING & BACKHOE, | ) ) ) |
| Third Party Plaintiff s.<br>vs. | ) ) ) |
| ARLENE WILMATH, | ) ) ) |
| Third Party Defendant. | ) |

9. Both Case No. 04-1330 and this cause, Case No. 04-1329, arise out of the same accident and involve the same parties. Therefore, it would be an aid and convenience to the Court and the parties involved to consolidate these two actions.

WHEREFORE, the Defendants, ELMER W. PHIPPS and EARTH LOOP, INC., an Illinois corporation, d/b/a TRI-STATE TRENCHING & DRILLING, respectfully pray that the Court grant this Motion to Continue Scheduling Conference to another date and time at least 60 days from the date of October 29, 2004.

          ELMER W. PHIPPS and EARTH LOOP, INC., an
          Illinois corporation, d/b/a TRI-STATE TRENCHING &
          DRILLING, Defendants

          By: /s/ *Bradley W. Dunham*
              Bradley W. Dunham - Lead Counsel
              Quinn, Johnston, Henderson & Pretorius
              227 N.E. Jefferson Street
              Peoria, IL  61602
              Telephone:  (309) 674-1133
              Fax:  (309) 674-6503
              E-Mail:  bdunham@qjhp.com

## CERTIFICATE OF SERVICE

      I hereby certify that on     November 3, 2004    , I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James E. Frasier  
Frank W. Frasier  
Laurie Phillips  
1700 Southwest Boulevard  
P.O. Box 799  
Tulsa, OK  74101

          /s/*Bradley W. Dunham*  
          Bradley W. Dunham - Lead Counsel  
          Attorney for Defendants  
          Quinn, Johnston, Henderson & Pretorius  
          227 N.E. Jefferson Street  
          Peoria, IL  61602  
          Phone: (309) 674-1133  
          Fax:  (309) 674-6503