BWD:sd I:\1\Civil\Wilmath, Boyd v Tri State 101 048 288\Pleadings\wilmath mot correct name of def.frm

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ARLENE WILMATH, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 04-1329 |
| ELMER W. PHIPPS and RICH SCHMITT, d/b/a TRI-STATE TRENCHING & BACKHOE, | ) ) ) ) |
| Defendants. | ) |

**MOTION TO CORRECT
NAME OF DEFENDANT**

NOW COME the Defendants, ELMER W. PHIPPS and EARTH LOOP, INC., an Illinois corporation, d/b/a TRI-STATE TRENCHING & DRILLING (misstyled herein as "RICH SCHMITT, d/b/a TRI-STATE TRENCHING & BACKHOE"), by QUINN, JOHNSTON, HENDERSON & PRETORIUS, their attorneys, and as and for their Motion to Correct Name of Defendant, state as follows:

1.  Previously, certain pleadings were filed herein on behalf of the Defendant, RICH SCHMITT, d/b/a TRI-STATE TRENCHING & BACKHOE.

2.  Since that time, the attorneys for said Defendant have learned that the correct name of said Defendant is "EARTH LOOP, INC., an Illinois corporation, d/b/a TRI-STATE TRENCHING & DRILLING."

3.  The attorneys for said Defendant respectfully move to correct the caption and body of all pleadings filed herein without the necessity of filing further amended pleadings.

WHEREFORE, the Defendants, ELMER W. PHIPPS and EARTH LOOP, INC., an Illinois corporation, d/b/a TRI-STATE TRENCHING & DRILLING, respectfully pray as set forth above.

ELMER W. PHIPPS and EARTH LOOP, INC., an Illinois corporation, d/b/a TRI-STATE TRENCHING & DRILLING, Defendants

By: /s/ *Bradley W. Dunham*
    Bradley W. Dunham - Lead Counsel
    Quinn, Johnston, Henderson & Pretorius
    227 N.E. Jefferson Street
    Peoria, IL  61602
    Telephone:  (309) 674-1133
    Fax:  (309) 674-6503
    E-Mail:  bdunham@qjhp.com

CERTIFICATE OF SERVICE

      I hereby certify that on  November 3, 2004 , I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James E. Frasier
Frank W. Frasier
Laurie Phillips
1700 Southwest Boulevard
P.O. Box 799
Tulsa, OK  74101

    /s/*Bradley W. Dunham*
Bradley W. Dunham - Lead Counsel
Attorney for Defendants
Quinn, Johnston, Henderson & Pretorius
227 N.E. Jefferson Street
Peoria, IL  61602
Phone: (309) 674-1133
Fax:  (309) 674-6503