IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ARLENE WILMATH, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 04-1329 |
| ELMER W. PHIPPS and RICH SCHMIT, d/b/a TRI-STATE TRENCHING & BACKHOE, | ) |
| Defendants. | ) |

**CERTIFICATE OF INTEREST**

The undersigned, counsel of record for the Plaintiff, JAMES E. FRASIER, furnishes the following in compliance with Rule 11.3 of this Court:

**(1)    The full name of every party or amicus the attorney represents in the case:**

ARLENE FAYE WILMATH

**(2)    If such party or amicus is a corporation:**

**(a)    Its parent corporation, if any:**

Not applicable.

**(b)    A list of corporate stockholders which a publicly-held companies owning 10% or more of the stock of the party or amicus if it is publicly-held company:**

Not applicable.

**(3)** **The names of all law firms whose partners or associates have appeared for the party or are expected to appear for the party in this case:**

FRASIER, FRASIER & HICKMAN, LLP
P. O. Box 799
Tulsa, OK 74101
(918) 584-4724
(918) 583-5637

Respectfully submitted,

FRASIER, FRASIER & HICKMAN, LLP


By:    s/James E. Frasier
      James E. Frasier          OBA #3108
      Frank W. Frasier          OBA# 17864
      Laurie Phillips           OBA #19910
      1700 Southwest Blvd.
      PO Box 799
      Tulsa, OK 74101-0799
      918.584.4724
      800.522.4049
      918.583.5637 *fax*
      Frasier@tulsa.com *e-mail*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the _____, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Bradley W. Dunham  
Attorney at Law  
227 N.E. Jefferson Street  
Peoria, OK 61602

                                    _____  
                                    James E. Frasier