E-FILED
Monday, 15 November, 2004  11:31:21 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ARLENE WILMATH )<br>)<br>Plaintiffs )<br>)<br>vs. )<br>)<br>ELMER W. PHIPPS and RICH SCHMITT )<br>Defendants ) | Case No. 04-1329 |
| CHARLES LEWIS BOYD )<br>)<br>Plaintiffs )<br>)<br>vs. )<br>)<br>EARTH LOOP, INC. )<br>Defendants ) | Case No. 04-1330<br>(consolidated with 04-1329) |

**ORDER**

I hereby recuse myself from further proceedings in case 04-1330 pursuant to §455(a) and (b) of Title 29, United States Code. Given that 04-1330 is consolidated with case 04-1329 pursuant to §455(a) and (b) of Title 29, United States Code, I hereby also recuse myself from further proceedings in 04-1329.

ENTER this 15th day of November, 2004.

s/ John A. Gorman

JOHN A. GORMAN
UNITED STATES MAGISTRATE JUDGE