IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| CHARLES LEWIS BOYD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 04-1329 |
| | ) | |
| ELMER W. PHIPPS and RICH SCHMITT, d/b/a TRI-STATE TRENCHING & BACKHOE, | ) ) ) | (Case No. 04-1330 is consolidated under Case No. 04-1329) |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| ELMER W. PHIPPS and RICH SCHMITT, d/b/a TRI-STATE TRENCHING & BACKHOE, | ) ) ) | |
| | ) | |
| Third Party Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ARLENE WILMATH, | ) | |
| | ) | |
| Third Party Defendant. | ) | |

**ANSWER TO THIRD PARTY COMPLAINT FOR CONTRIBUTION
AND DEMAND FOR JURY TRIAL**

Now comes the Third Party Defendant, ARLENE WILMATH, by her attorneys, PRUSAK, WINNE & GORMAN, LTD., and for her Answer to the Third Party Complaint for Contribution, states as follows:

**JURISDICTION**

1. Third Party Defendant denies the allegations contained in paragraph 1 of the Jurisdiction section of the Third Party Complaint.

2. Third Party Defendant admits the allegations contained in paragraph 2 of the Jurisdiction section of the Third Party Complaint.

**NEGLIGENCE**

1. Third Party Defendant denies the allegations contained in paragraph 1 of the Negligence section of the Third Party Complaint.

2. Third Party Defendant denies the allegations contained in paragraph 2 of the Negligence section of the Third Party Complaint.

3. Third Party Defendant denies the allegations contained in paragraph 3 of the Negligence section of the Third Party Complaint.

4. Third Party Defendant admits the allegations contained in paragraph 4 of the Negligence section of the Third Party Complaint.

WHEREFORE, Third Party Defendant, ARLENE WILMATH, denies that the Defendants/Third Party Plaintiffs, ELMER W. PHIPPS and RICH SCHMITT, d/b/a TRI-STATE TRENCHING & BACKHOE, are entitled to a judgment against her in any sum whatsoever and further prays that judgment be entered in favor of the Third Party Defendant, ARLENE WILMATH, and against the Defendants/Third Party Plaintiffs, ELMER W. PHIPPS and RICH SCHMITT, d/b/a TRI-STATE TRENCHING & BACKHOE, and for her costs of suit.

THIRD PARTY DEFENDANT DEMANDS TRIAL BY A JURY OF THE CAUSE.

ARLENE WILMATH, Third Party
Defendant, by her attorneys, PRUSAK,
WINNE & GORMAN, LTD.,


By: /S/ Maximilian M. Prusak
    One of her Attorneys

MAXIMILIAN M. PRUSAK
PRUSAK, WINNE & GORMAN, LTD.
403 N.E. Jefferson
Peoria, IL 61603
(309) 674-4222

## CERTIFICATE OF SERVICE

      I hereby certify that on the 12th day of November, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James E. Frasier
Frank W. Frasier
Laurie Phillips
1700 Southwest Boulevard
P. O. Box 799
Tulsa, OK 74101

Bradley W. Dunham
Quinn, Johnston, Henderson & Pretorius
227 N.E. Jefferson Street
Peoria, IL 61602

                                                                                                 _____
                                                                                                    MAXIMILIAN M. PRUSAK