IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| CHARLES LEWIS BOYD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 04-1329 |
| | ) | |
| ELMER W. PHIPPS and RICH SCHMITT, d/b/a TRI-STATE TRENCHING & BACKHOE, | ) ) ) | (Case No. 04-1330 is consolidated under Case No. 04-1329) |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| ELMER W. PHIPPS and RICH SCHMITT, d/b/a TRI-STATE TRENCHING & BACKHOE, | ) ) ) | |
| | ) | |
| Third Party Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ARLENE WILMATH, | ) | |
| | ) | |
| Third Party Defendant. | ) | |

**CERTIFICATE OF INTEREST**

The undersigned, counsel of record for the Third Party Defendant, ARLENE WILMATH, furnishes the following in compliance with Rule 11.3 of this Court:

1. The full name of every party or amicus the attorney represents in the case:

    ARLENE WILMATH

2. If such party or amicus is a corporation:

    (a) Its parent corporation, if any:

    Not applicable.

      (b)    A list of corporate stockholders which are publicly-held companies owning 10% or more of the stock of the party or amicus if it is a publicly-held company:

      Not applicable.

3.    The names of all law firms whose partners of associates have appeared for the party or are expected to appear for the party in this case:

Prusak, Winne & Gorman, Ltd.
403 N.E. Jefferson Street
Peoria, IL 61603

         ARLENE WILMATH, Third Party Defendant,

         By:  /s/ Maximilian M. Prusak
            Maximilian M. Prusak – Lead Counsel
            Prusak, Winne & Gorman, Ltd.
            403 N.E. Jefferson Street
            Peoria, IL 61603
            Telephone: (309) 674-4222
            Fax: (309) 674-9701
            E-Mail: mprusak@mtco.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James E. Frasier
Frank W. Frasier
Laurie Phillips
1700 Southwest Boulevard
P. O. Box 799
Tulsa, OK 74101

Bradley W. Dunham
Quinn, Johnston, Henderson & Pretorius
227 N.E. Jefferson Street
Peoria, IL 61602

                                            ARLENE WILMATH, Third Party Defendant,

                                            By:  /s/ Maximilian M. Prusak
                                                Maximilian M. Prusak – Lead Counsel
                                                Prusak, Winne & Gorman, Ltd.
                                                403 N.E. Jefferson Street
                                                Peoria, IL 61603
                                                Telephone: (309) 674-4222
                                                Fax: (309) 674-9701
                                                E-Mail: mprusak@mtco.com