E-FILED
Wednesday, 17 November, 2004 04:11:31 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ARLENE WILMATH,<br><br>    Plaintiff,<br><br>vs.<br><br>ELMER W. PHIPPS and RICH SCHMIT, d/b/a TRI-STATE TRENCHING & BACKHOE,<br><br>    Defendants. | Case No. 04-1329 |
| CHARLES BOYD,<br><br>    Plaintiff,<br><br>vs.<br><br>ELMER W. PHIPPS and RICH SCHMITT d/b/a TRI-STATE TRENCHING & BACKHOE,<br><br>    Defendants.<br><br>ELMER W. PHIPPS and RICH SCHMITT, d/b/a TRI-STATE TRENCHING & BACKHOE,<br><br>    Third Party Plaintiffs,<br><br>vs.<br><br>ARLENE WILMATH,<br><br>    Third Party Defendant. | Case No. 04-1330 |

**RESPONSE TO DEFENDANTS'
APPLICATION FOR CONTINUANCE
OF SCHEDULING CONFERENCE**

**COMES NOW** Plaintiffs, Arlene Wilmath and Charles Boyd, and informs the Court that Plaintiffs do not object to Defendants' Application to Continue Scheduling Conference .

Respectfully submitted,

FRASIER, FRASIER & HICKMAN, LLP

By: s/James E. Frasier
James E. Frasier       OBA #3108
Frank W. Frasier       OBA# 17864
Laurie Phillips        OBA #19910
1700 Southwest Blvd.
PO Box 799
Tulsa, OK 74101-0799
918.584.4724
800.522.4049
918.583.5637 *fax*
Frasier@tulsa.com *e-mail*

## CERTIFICATE OF SERVICE

I hereby certify that on the _____, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Bradley W. Dunham
Attorney at Law
227 N.E. Jefferson Street
Peoria, IL 61602

_____
James E. Frasier