BWD:sd I:\1\Civil\Wilmath, Boyd v Tri State 101 048 288\Notices\nsdd bwd.frm

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ARLENE WILMATH,           )<br>         Plaintiff,   )<br>                        )<br>     vs.                )<br>                        )<br>ELMER W. PHIPPS and EARTH LOOP, )<br>INC., an Illinois corporation, d/b/a )<br>TRI-STATE TRENCHING & DRILLING, )<br>                        )<br>         Defendants.  ) | Case No.  04-1329<br><br><br><br><br><br><br><br>Consolidated With: |
| CHARLES LEWIS BOYD,        )<br>         Plaintiff,   )<br>     vs.                )<br>                        )<br>ELMER W. PHIPPS and EARTH LOOP, )<br>INC., an Illinois corporation, d/b/a )<br>TRI-STATE TRENCHING & DRILLING, )<br>                        )<br>         Defendants.  ) | Case No.  04-1330 |
| ELMER W. PHIPPS and EARTH LOOP, )<br>INC., an Illinois corporation, d/b/a )<br>TRI-STATE TRENCHING & DRILLING, )<br>                        )<br>    Third Party Plaintiffs, )<br>     v.                 )<br>                        )<br>ARLENE WILMATH,            )<br>                        )<br>    Third Party Defendant. ) | |

**NOTICE OF SERVICE OF DISCOVERY DOCUMENTS**

I hereby certify that on **December 22, 2004**, I electronically filed this **Notice of Service of Discovery Documents** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

James E. Frasier          frasier@tulsa.com,jfrasier@frasierlaw.com
Frank W. Frasier          frasier@tulsa.com,ffrasier@frasierlaw.com
Laurie Phillips           frasier@tulsa.com,lauriephillips@swbell.net
1700 Southwest Blvd.
P.O. Box 799
Tulsa, OK  74101

Maximilian M. Prusak   mprusak@mtco.com
Prusak, Winne & Gorman, Ltd.
403 N.E. Jefferson Street
Peoria, IL  61603

And I hereby certify that on **December 22, 2004**, I mailed a true copy of the following discovery documents, along with a copy of this Notice, by United States Postal Service, postage fully prepaid, to the above-listed counsel of record:

1. Written Interrogatories Directed to the Plaintiff, Arlene Wilmath;
2. Written Interrogatories Directed to the Plaintiff, Charles Lewis Boyd;
3. Written Interrogatories Directed to the Third Party Defendant, Arlene Wilmath;
4. Request for Production of Documents Directed to the Plaintiff, Arlene Wilmath;
5. Request for Production of Documents Directed to the Plaintiff, Charles Lewis Boyd; and
6. Request for Production of Documents Directed to the Third Party Defendant, Arlene Wilmath.

ELMER W. PHIPPS and EARTH LOOP, INC., an Illinois corporation, d/b/a TRI-STATE TRENCHING & DRILLING, Defendants/Third Party Plaintiffs

By: /s/ *Bradley W. Dunham*
Bradley W. Dunham - Lead Counsel
Quinn, Johnston, Henderson & Pretorius
227 N.E. Jefferson Street
Peoria, IL  61602
Telephone:  (309) 674-1133
Fax:  (309) 674-6503
E-Mail:  bdunham@qjhp.com