IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ARLENE WILMATH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 04-1329 |
| | ) |
| ELMER W. PHIPPS and EARTH LOOP, | ) |
| INC., an Illinois corporation, d/b/a | ) |
| TRI-STATE TRENCHING & DRILLING, | ) |
| | ) |
| Defendants. | ) |
| | Consolidated with: |
| CHARLES LEWIS BOYD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 04-1330 |
| | ) |
| ELMER W. PHIPPS and EARTH LOOP, | ) |
| INC., an Illinois corporation, d/b/a | ) |
| TRI-STATE TRENCHING & DRILLING, | ) |
| | ) |
| Defendants. | ) |
| ELMER W. PHIPPS and EARTH LOOP, | ) |
| INC., an Illinois corporation, d/b/a | ) |
| TRI-STATE TRENCHING & DRILLING, | ) |
| | ) |
| Third Party Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| ARLENE WILMATH, | ) |
| | ) |
| Third Party Defendant. | ) |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

I hereby certify that on 27 December 2004, I electronically filed this **Notice of Service of Discovery Documents** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

    Maximilian M. Prusak                    mprusak@mtco.com
    Prusak, Winne & Gorman, Ltd.
    403 N.E. Jefferson St.
    Peoria, IL 61603

    Bradley W. Dunham                    bdunham@qjhp.com
    Quinn, Johnston, Henderson & Pretorius
    227 N.E. Jefferson St.
    Peoria, IL 61602

And I hereby certify that on 27 December 2004, I mailed a true copy of the following discovery documents, along with a copy of this Notice, by United States Postal Service, postage fully prepaid, to the above listed counsel of record:

1.     Plaintiffs First Discovery Requests to Defendant Earthloop, Inc.

                                                        Arlene Wilmath and Charles Lewis Boyd,
                                                        Plaintiffs

                By:    /s/ Laurie Phillips
                        Laurie Phillips          OBA #19910
                        1700 Southwest Blvd.
                        PO Box 799
                        Tulsa, OK 74101-0799
                        918.584.4724
                        918.583.5637 *fax*
                        Frasier@tulsa.com *e-mail*