E-FILED
Wednesday, 05 January, 2005  01:20:48 PM
Clerk, U.S. District Court, ILCD

BWD:sd I:\1\Civil\Wilmath, Boyd v Tri State 101 048 288\Notices\nsdd - rule 26 a 1 initial disclosure bwd.frm

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ARLENE WILMATH,           ) | |
|         Plaintiff,   ) | |
| )   | |
| vs.                       ) | Case No.  04-1329 |
| )   | |
| ELMER W. PHIPPS and EARTH LOOP, ) | |
| INC., an Illinois corporation, d/b/a ) | |
| TRI-STATE TRENCHING & DRILLING, ) | |
| )   | |
|         Defendants. ) | |
| | Consolidated With: |
| CHARLES LEWIS BOYD,       ) | |
|         Plaintiff,   ) | |
| vs.                       ) | |
| )   | |
| ELMER W. PHIPPS and EARTH LOOP, ) | |
| INC., an Illinois corporation, d/b/a ) | Case No.  04-1330 |
| TRI-STATE TRENCHING & DRILLING, ) | |
| )   | |
|         Defendants. ) | |
| ELMER W. PHIPPS and EARTH LOOP, ) | |
| INC., an Illinois corporation, d/b/a ) | |
| TRI-STATE TRENCHING & DRILLING, ) | |
| )   | |
|         Third Party Plaintiffs, ) | |
| v.                        ) | |
| )   | |
| ARLENE WILMATH,           ) | |
| )   | |
|         Third Party Defendant. ) | |

**NOTICE OF SERVICE OF DISCOVERY DOCUMENTS**

    I hereby certify that on **January 5, 2005**, I electronically filed this **Notice of Service of Discovery Documents** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| James E. Frasier | frasier@tulsa.com,jfrasier@frasierlaw.com |
| Frank W. Frasier | frasier@tulsa.com,ffrasier@frasierlaw.com |
| Laurie Phillips | frasier@tulsa.com,lauriephillips@swbell.net |
| 1700 Southwest Blvd. | **Fax No. 918-583-5637** |
| P.O. Box 799 | |
| Tulsa, OK  74101 | |

| | |
|---|---|
| Maximilian M. Prusak | mprusak@mtco.com |
| Prusak, Winne & Gorman, Ltd. | **Fax No. 309-674-9701** |
| 403 N.E. Jefferson Street | |
| Peoria, IL  61603 | |

And I hereby certify that on **January 5, 2005**, I mailed a true copy of the following discovery document, along with a copy of this Notice, **via facsimile** and also by United States Postal Service, postage fully prepaid, to the above-listed counsel of record:

1. Rule 26(a)(1) Initial Disclosures by the Defendants/Third Party Plaintiffs, Elmer W. Phipps and Earth Loop Inc., an Illinois Corporation, d/b/a Tri-State Trenching & Drilling.

ELMER W. PHIPPS and EARTH LOOP, INC., an Illinois corporation, d/b/a TRI-STATE TRENCHING & DRILLING, Defendants/Third Party Plaintiffs

By: /s/ *Bradley W. Dunham*
    Bradley W. Dunham - Lead Counsel
    Quinn, Johnston, Henderson & Pretorius
    227 N.E. Jefferson Street
    Peoria, IL  61602
    Telephone:  (309) 674-1133
    Fax:  (309) 674-6503
    E-Mail:  bdunham@qjhp.com