IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| ARLENE WILMATH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 04-1329 |
| | ) | |
| ELMER W. PHIPPS and EARTH LOOP, | ) | |
| INC., an Illinois corporation, d/b/a | ) | |
| TRI-STATE TRENCHING & DRILLING, | ) | |
| | ) | |
| Defendants. | ) | |
| | | Consolidated with: |
| CHARLES LEWIS BOYD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 04-1330 |
| | ) | |
| ELMER W. PHIPPS and EARTH LOOP, | ) | |
| INC., an Illinois corporation, d/b/a | ) | |
| TRI-STATE TRENCHING & DRILLING, | ) | |
| | ) | |
| Defendants. | ) | |
| ELMER W. PHIPPS and EARTH LOOP, | ) | |
| INC., an Illinois corporation, d/b/a | ) | |
| TRI-STATE TRENCHING & DRILLING, | ) | |
| | ) | |
| Third Party Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ARLENE WILMATH, | ) | |
| | ) | |
| Third Party Defendant. | ) | |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

I hereby certify that on 5th day of January, 2005, I electronically filed this **Notice of Service of Discovery Documents** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

    Maximilian M. Prusak                    mprusak@mtco.com
    Prusak, Winne & Gorman, Ltd.
    403 N.E. Jefferson St.
    Peoria, IL 61603

    Bradley W. Dunham                    bdunham@qjhp.com
    Quinn, Johnston, Henderson & Pretorius
    227 N.E. Jefferson St.
    Peoria, IL 61602

And I hereby certify that on 4 January, 2005, I mailed and faxed a true copy of the following discovery documents, along with a copy of this Notice, by United States Postal Service, postage fully prepaid, to the above listed counsel of record:

1.        Plaintiffs' Rule 26(a) Initial Disclosures

                                        Arlene Wilmath and Charles Lewis Boyd,
                                        Plaintiffs

                      By:     /s/ Laurie Phillips
                              James E. Frasier        OBA #3108
                              Laurie Phillips          OBA #19910
                              1700 Southwest Blvd.
                              PO Box 799
                              Tulsa, OK 74101-0799
                              918.584.4724
                              918.583.5637 *fax*
                              Frasier@tulsa.com *e-mail*