BWD:sd I:\1\Civil\Wilmath, Boyd v Tri State 101 048 288\Notices\nsdd - supp disc to pls & tpd bwd.frm

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ARLENE WILMATH,<br>    Plaintiff,<br>vs.<br>ELMER W. PHIPPS and EARTH LOOP,<br>INC., an Illinois corporation, d/b/a<br>TRI-STATE TRENCHING & DRILLING,<br>    Defendants. | Case No. 04-1329<br><br>Consolidated With: |
| CHARLES LEWIS BOYD,<br>    Plaintiff,<br>vs.<br>ELMER W. PHIPPS and EARTH LOOP,<br>INC., an Illinois corporation, d/b/a<br>TRI-STATE TRENCHING & DRILLING,<br>    Defendants. | Case No. 04-1330 |
| ELMER W. PHIPPS and EARTH LOOP,<br>INC., an Illinois corporation, d/b/a<br>TRI-STATE TRENCHING & DRILLING,<br>    Third Party Plaintiffs,<br>v.<br>ARLENE WILMATH,<br>    Third Party Defendant. | |

### NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

I hereby certify that on **January 6, 2005**, I electronically filed this **Notice of Service of Discovery Documents** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

James E. Frasier         frasier@tulsa.com,jfrasier@frasierlaw.com
Frank W. Frasier         frasier@tulsa.com,ffrasier@frasierlaw.com
Laurie Phillips          frasier@tulsa.com,lauriephillips@swbell.net
1700 Southwest Blvd.     **Fax No. 918-583-5637**
P.O. Box 799
Tulsa, OK  74101

| | |
|---|---|
| Maximilian M. Prusak | mprusak@mtco.com |
| Prusak, Winne & Gorman, Ltd. | **Fax No. 309-674-9701** |
| 403 N.E. Jefferson Street | |
| Peoria, IL  61603 | |

And I hereby certify that on **January 6, 2005**, I mailed a true copy of the following discovery documents, along with a copy of this Notice, by United States Postal Service, postage fully prepaid, to the above-listed counsel of record.  I also served copies of these documents, along with a copy of this Notice, **via facsimile on January 6, 2005**:

1. Supplement to Rule 26(a)(1) Initial Disclosures by the Defendants/Third Party Plaintiffs, Elmer W. Phipps and Earth Loop Inc., an Illinois Corporation, d/b/a Tri-State Trenching & Drilling;

2. First Supplemental Interrogatories Directed to the Plaintiff, Arlene Wilmath;

3. First Supplemental Interrogatories Directed to the Plaintiff, Charles Lewis Boyd; and

4. First Supplemental Interrogatories Directed to the Third Party Defendant, Arlene Wilmath.


ELMER W. PHIPPS and EARTH LOOP, INC., an Illinois corporation, d/b/a TRI-STATE TRENCHING & DRILLING, Defendants/Third Party Plaintiffs


By: /s/ *Bradley W. Dunham*
     Bradley W. Dunham - Lead Counsel
     Quinn, Johnston, Henderson & Pretorius
     227 N.E. Jefferson Street
     Peoria, IL  61602
     Telephone:  (309) 674-1133
     Fax:  (309) 674-6503
     E-Mail:  bdunham@qjhp.com