**E-FILED**
Monday, 10 January, 2005  10:07:04 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| CHARLES LEWIS BOYD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 04-1329 |
| | ) | |
| ELMER W. PHIPPS and EARTH | ) | (Case No. 04-1330 is consolidated |
| LOOP, INC., d/b/a TRI STATE | ) | under Case No. 04-1329) |
| TRENCHING & DRILLING , | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| ELMER W. PHIPPS and EARTH | ) | |
| LOOP, INC., d/b/a TRI-STATE | ) | |
| TRENCHING & DRILLING, | ) | |
| | ) | |
| Third Party Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ARLENE WILMATH, | ) | |
| | ) | |
| Third Party Defendant. | ) | |

**NOTICE OF SERVICE OF DISCOVERY DOCUMENTS**

I hereby certify that on January 10, 2005, I electronically filed this Notice of Service of

Discovery Documents with the Clerk of the Court using the CM/ECF system, which will send

notification of such filing to the following:

James E. Frasier            frasier@tulsa.com,jfrasier@frasierlaw.com
Frank W. Frasier            frasier@tulsa.com,ffrasier@frasierlaw.com
Laurie Phillips            frasier@tulsa.com,lauriephillips@swbell.net
1700 Southwest Blvd.            Fax No. 918-583-5637
P. O. Box 799
Tulsa, OK 74101

Bradley W. Dunham                          bdunham @qjhp.com
Quinn, Johnson, Henderson & Pretorius      Fax No. 309-674-6503
227 N.E. Jefferson Street
Peoria, IL 61602

And I hereby certify that on January 10, 2005, I mailed a true copy of the following discovery document, along with a copy of this Notice, by United States Postal Service, postage fully prepaid, to the above-listed counsel of record.  I also served copies of this document, along with a copy of this Notice, via facsimile on January 10, 2005:

1.      Rule 26 Disclosure.

ARLENE WILMATH, Third Party Plaintiff, by her attorneys, PRUSAK, WINNE & GORMAN, LTD.,

By: /S/  Maximilian M. Prusak
        One of her Attorneys

MAXIMILIAN M. PRUSAK
PRUSAK, WINNE & GORMAN, LTD.
403 N.E. Jefferson
Peoria, IL 61603
(309) 674-4222