**E-FILED**
Friday, 14 January, 2005  10:17:36 AM
Clerk, U.S. District Court, ILCD

BWD:sd I:\1\Civil\Wilmath, Boyd v Tri State 101 048 288\Notices\not take disc dep of pl boyd.frm

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ARLENE WILMATH,<br>　　　　　Plaintiff,<br>　vs.<br>ELMER W. PHIPPS and EARTH LOOP,<br>INC., an Illinois corporation, d/b/a<br>TRI-STATE TRENCHING & DRILLING,<br>　　　　　Defendants. | Case No. 04-1329<br><br><br>Consolidated With: |
| CHARLES LEWIS BOYD,<br>　　　　　Plaintiff,<br>　vs.<br>ELMER W. PHIPPS and EARTH LOOP,<br>INC., an Illinois corporation, d/b/a<br>TRI-STATE TRENCHING & DRILLING,<br>　　　　　Defendants. | Case No. 04-1330 |
| ELMER W. PHIPPS and EARTH LOOP,<br>INC., an Illinois corporation, d/b/a<br>TRI-STATE TRENCHING & DRILLING,<br>　　　　　Third Party Plaintiffs,<br>　v.<br>ARLENE WILMATH,<br>　　　　　Third Party Defendant. | |

## NOTICE OF TAKING DEPOSITION

TO:　All Counsel of Record

　　　YOU ARE HEREBY NOTIFIED that, pursuant to the terms and provisions of Rule 30 and other applicable rules of the Federal Rules of Civil Procedure, the undersigned will proceed to take the deposition of the Plaintiff, **CHARLES LEWIS BOYD,** at the law offices of Quinn, Johnston, Henderson & Pretorius, 227 N.E. Jefferson Street, Peoria, Illinois

61602, on **Wednesday, February 9, 2005, at 2:00 p.m.**.  The deposition will take place before Donna Hagemeyer, a court reporter.  You are invited to be present and examine said witness in accordance with the Federal Rules of Civil Procedure.

The undersigned certifies that a true copy of this Notice was electronically filed on the **14th day of January, 2005**, with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following attorneys:

    James E. Frasier
    Frank W. Frasier
    Laurie Phillips
    1700 Southwest Boulevard
    P.O. Box 799
    Tulsa, OK  74101
    *Attorneys for Plaintiffs*

    Maximilian M. Prusak
    Prusak, Winne & Gorman, Ltd.
    403 N.E. Jefferson Street
    Peoria, IL  61603
    *Attorneys for Third Party Defendant*

And I hereby certify that on **January 14, 2005**, I mailed the document by the United States Postal Service to the following non-registered participants (court reporter):

    Donna Hagemeyer
    Hagemeyer & Associates
    1322 W. Kenwick
    Peoria, IL  61614

                      ELMER W. PHIPPS and EARTH LOOP, INC., an
                      Illinois corporation, d/b/a TRI-STATE TRENCHING &
                      DRILLING, Defendants/Third Party Plaintiffs

                      By:  /s/ *Bradley W. Dunham*
                            Bradley W. Dunham - Lead Counsel
                            Quinn, Johnston, Henderson & Pretorius
                            227 N.E. Jefferson Street
                            Peoria, IL  61602
                            Telephone:  (309) 674-1133
                            Fax:  (309) 674-6503
                            E-Mail:  bdunham@qjhp.com