BWD:sd I:\1\Civil\Wilmath, Boyd v Tri State 101 048 288\Notices\nsdd - tri-states resp to wilmath's 1st disc req bwd.frm

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ARLENE WILMATH,<br>   Plaintiff,<br>vs.<br>ELMER W. PHIPPS and EARTH LOOP, INC., an Illinois corporation, d/b/a TRI-STATE TRENCHING & DRILLING,<br>   Defendants. | Case No. 04-1329 |
| CHARLES LEWIS BOYD,<br>   Plaintiff,<br>vs.<br>ELMER W. PHIPPS and EARTH LOOP, INC., an Illinois corporation, d/b/a TRI-STATE TRENCHING & DRILLING,<br>   Defendants. | Consolidated With:<br><br>Case No. 04-1330 |
| ELMER W. PHIPPS and EARTH LOOP, INC., an Illinois corporation, d/b/a TRI-STATE TRENCHING & DRILLING,<br>   Third Party Plaintiffs,<br>v.<br>ARLENE WILMATH,<br>   Third Party Defendant. | |

### NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

  I hereby certify that on **January 28, 2005**, I electronically filed this **Notice of Service of Discovery Documents** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| James E. Frasier | frasier@tulsa.com,jfrasier@frasierlaw.com |
| Frank W. Frasier | frasier@tulsa.com,ffrasier@frasierlaw.com |
| Laurie Phillips | frasier@tulsa.com,lauriephillips@swbell.net |
| 1700 Southwest Blvd. | **Fax No. 918-583-5637** |
| P.O. Box 799 | |
| Tulsa, OK  74101 | |

Maximilian M. Prusak         mprusak@mtco.com
Prusak, Winne & Gorman, Ltd. **Fax No. 309-674-9701**
403 N.E. Jefferson Street
Peoria, IL  61603


And I hereby certify that on **January 28, 2005**, I served a true copy of the following discovery document, along with a copy of this Notice, **via facsimile** and also by United States Postal Service, postage fully prepaid, by enclosing same in separate envelopes addressed as set forth above and by depositing same in a U.S. Mail Post Office Box at Peoria, Illinois.

1. Defendant Tri-State's Response to Plaintiff Wilmath's First Discovery Requests.


ELMER W. PHIPPS and EARTH LOOP, INC., an Illinois corporation, d/b/a TRI-STATE TRENCHING & DRILLING, Defendants/Third Party Plaintiffs


By: /s/ *Bradley W. Dunham*
Bradley W. Dunham - Lead Counsel
Quinn, Johnston, Henderson & Pretorius
227 N.E. Jefferson Street
Peoria, IL  61602
Telephone:  (309) 674-1133
Fax:  (309) 674-6503
E-Mail:  bdunham@qjhp.com