E-FILED
Saturday, 29 January, 2005  02:35:11 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| CHARLES LEWIS BOYD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 04-1329 |
| | ) | |
| ELMER W. PHIPPS and EARTH LOOP, INC., d/b/a TRI STATE TRENCHING & DRILLING , | ) ) ) | (Case No. 04-1330 is consolidated under Case No. 04-1329) |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| ELMER W. PHIPPS and EARTH LOOP, INC., d/b/a TRI-STATE TRENCHING & DRILLING, | ) ) ) | |
| | ) | |
| Third Party Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ARLENE WILMATH, | ) | |
| | ) | |
| Third Party Defendant. | ) | |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

I hereby certify that on January 29, 2005, I electronically filed this Notice of Service of Discovery Documents with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

James E. Frasier           frasier@tulsa.com,jfrasier@frasierlaw.com
Frank W. Frasier           frasier@tulsa.com,ffrasier@frasierlaw.com
Laurie Phillips            frasier@tulsa.com,lauriephillips@swbell.net
1700 Southwest Blvd.       Fax No. 918-583-5637
P. O. Box 799
Tulsa, OK 74101

      Bradley W. Dunham          bdunham @qjhp.com
      Quinn, Johnson, Henderson & Pretorius   Fax No. 309-674-6503
      227 N.E. Jefferson Street
      Peoria, IL 61602

And I hereby certify that on January 31, 2005, I mailed a true copy of the following discovery document, along with a copy of this Notice, by United States Postal Service, postage fully prepaid, to the above-listed counsel of record:

1.    Answers to First Supplemental Interrogatories Directed to the Third Party Defendant, Arlene Wilmath.

                                            ARLENE WILMATH, Third Party Plaintiff, by her attorneys, PRUSAK, WINNE & GORMAN, LTD.,

                                              By:  /S/  Maximilian M. Prusak
                                                      One of her Attorneys

MAXIMILIAN M. PRUSAK
PRUSAK, WINNE & GORMAN, LTD.
403 N.E. Jefferson
Peoria, IL 61603
(309) 674-4222