**E-FILED**
Thursday, 03 February, 2005  03:27:59 PM
Clerk, U.S. District Court, ILCD

BWD:sd I:\1\Civil\Wilmath, Boyd v Tri State 101 048 288\Notices\rev not take disc dep of pl wilmath.frm

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | | |
|---|---|---|
| ARLENE WILMATH, | ) | |
|         Plaintiff, | ) | |
| | ) | |
|     vs. | ) | Case No.  04-1329 |
| | ) | |
| ELMER W. PHIPPS and EARTH LOOP, | ) | |
| INC., an Illinois corporation, d/b/a | ) | |
| TRI-STATE TRENCHING & DRILLING, | ) | |
| | ) | |
|         Defendants. | ) | |
| _____ | | Consolidated With: |
| CHARLES LEWIS BOYD, | ) | |
|         Plaintiff, | ) | |
|     vs. | ) | |
| | ) | |
| ELMER W. PHIPPS and EARTH LOOP, | ) | |
| INC., an Illinois corporation, d/b/a | ) | Case No.  04-1330 |
| TRI-STATE TRENCHING & DRILLING, | ) | |
| | ) | |
|         Defendants. | ) | |
| _____ | | |
| ELMER W. PHIPPS and EARTH LOOP, | ) | |
| INC., an Illinois corporation, d/b/a | ) | |
| TRI-STATE TRENCHING & DRILLING, | ) | |
| | ) | |
|         Third Party Plaintiffs, | ) | |
|     v. | ) | |
| | ) | |
| ARLENE WILMATH, | ) | |
| | ) | |
|         Third Party Defendant. | ) | |

## <u>REVISED NOTICE OF TAKING DEPOSITION OF ARLENE WILMATH</u>

TO:    All Counsel of Record

        YOU ARE HEREBY NOTIFIED that, pursuant to the terms and provisions of Rule 30 and other applicable rules of the Federal Rules of Civil Procedure, the undersigned will proceed to take the deposition of the Plaintiff, **ARLENE WILMATH,** at the law offices of Quinn, Johnston, Henderson & Pretorius, 227 N.E. Jefferson Street, Peoria, Illinois 61602,

on **Monday, March 7, 2005, at 10:00 a.m.**\*  The deposition will take place before Donna

Hagemeyer, a court reporter.  You are invited to be present and examine said witness in

accordance with the Federal Rules of Civil Procedure.

The undersigned certifies that a true copy of this Notice was electronically filed on

the **3rd day of February, 2005**, with the Clerk of Court using the CM/ECF system, which

will send notification of such filing to the following attorneys:

James E. Frasier
Frank W. Frasier
Laurie Phillips
1700 Southwest Boulevard
P.O. Box 799
Tulsa, OK  74101
*Attorneys for Plaintiffs*

Maximilian M. Prusak
Prusak, Winne & Gorman, Ltd.
403 N.E. Jefferson Street
Peoria, IL  61603
*Attorneys for Third Party Defendant*

And I hereby certify that on **February 3, 2005**, I mailed the document by the United

States Postal Service to the following non-registered participants (court reporter):

Donna Hagemeyer
Hagemeyer & Associates
1322 W. Kenwick
Peoria, IL  61614

ELMER W. PHIPPS and EARTH LOOP, INC., an
Illinois corporation, d/b/a TRI-STATE TRENCHING &
DRILLING, Defendants/Third Party Plaintiffs

By:  */s/ Bradley W. Dunham*
　　　　Bradley W. Dunham - Lead Counsel
　　　　Quinn, Johnston, Henderson & Pretorius
　　　　227 N.E. Jefferson Street
　　　　Peoria, IL  61602
　　　　Telephone:  (309) 674-1133
　　　　Fax:  (309) 674-6503
　　　　E-Mail:  bdunham@qjhp.com

\*      **Previously scheduled for Wednesday, February 9, 2005, at 10:00 a.m.  Moved
by agreement  of the parties.**