E-FILED
Friday, 04 February, 2005  03:56:43 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| ARLENE WILMATH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 04-1329 |
| | ) | |
| ELMER W. PHIPPS and EARTH LOOP, | ) | |
| INC., an Illinois corporation, d/b/a | ) | |
| TRI-STATE TRENCHING & DRILLING, | ) | |
| | ) | |
| Defendants. | ) | |
| | | Consolidated with: |
| CHARLES LEWIS BOYD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 04-1330 |
| | ) | |
| ELMER W. PHIPPS and EARTH LOOP, | ) | |
| INC., an Illinois corporation, d/b/a | ) | |
| TRI-STATE TRENCHING & DRILLING, | ) | |
| | ) | |
| Defendants. | ) | |
| ELMER W. PHIPPS and EARTH LOOP, | ) | |
| INC., an Illinois corporation, d/b/a | ) | |
| TRI-STATE TRENCHING & DRILLING, | ) | |
| | ) | |
| Third Party Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ARLENE WILMATH, | ) | |
| | ) | |
| Third Party Defendant. | ) | |

**NOTICE OF SERVICE OF DISCOVERY DOCUMENTS**

I hereby certify that on 5th day of February, 2005, I electronically filed this **Notice of Service of Discovery Documents** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Maximilian M. Prusak              mprusak@mtco.com
Prusak, Winne & Gorman, Ltd.
403 N.E. Jefferson St.
Peoria, IL 61603

Bradley W. Dunham                 bdunham@qjhp.com
Quinn, Johnston, Henderson & Pretorius
227 N.E. Jefferson St.
Peoria, IL 61602

And I hereby certify that on 4 February, 2005, I mailed and e-mailed a true copy of the following discovery documents, along with a copy of this Notice, by United Parcel Service, overnight delivery, delivery fee fully prepaid, to the above listed counsel of record:

1. Plaintiff Wilmath's Answers to Interrogatories

2. Plaintiff Boyd's Answers to Interrogatories

3. Plaintiff Wilmath's Response to Requests for Production of Documents

4. Plaintiff Boyd's Response to Requests for Production of Documents

Arlene Wilmath and Charles Lewis Boyd,
Plaintiffs

By: /s/ Laurie Phillips
James E. Frasier        OBA #3108
Laurie Phillips         OBA #19910
1700 Southwest Blvd.
PO Box 799
Tulsa, OK 74101-0799
918.584.4724
918.583.5637 *fax*
Frasier@tulsa.com *e-mail*