BWD:sd I:\1\Civil\Wilmath, Boyd v Tri State 101 048 288\Notices\nsdd - phipps & tri-state's resp to tpd wilmath's disc bwd.frm

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| ARLENE WILMATH, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 04-1329 |
| | ) | |
| ELMER W. PHIPPS and EARTH LOOP, INC., an Illinois corporation, d/b/a TRI-STATE TRENCHING & DRILLING, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | | Consolidated With: |
| CHARLES LEWIS BOYD, | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| ELMER W. PHIPPS and EARTH LOOP, INC., an Illinois corporation, d/b/a TRI-STATE TRENCHING & DRILLING, | ) ) ) | Case No. 04-1330 |
| | ) | |
| Defendants. | ) | |
| ELMER W. PHIPPS and EARTH LOOP, INC., an Illinois corporation, d/b/a TRI-STATE TRENCHING & DRILLING, | ) ) ) | |
| | ) | |
| Third Party Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| ARLENE WILMATH, | ) | |
| | ) | |
| Third Party Defendant. | ) | |

**NOTICE OF SERVICE OF DISCOVERY DOCUMENTS**

I hereby certify that on **February 14, 2005**, I electronically filed this **Notice of Service of Discovery Documents** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

James E. Frasier         frasier@tulsa.com,jfrasier@frasierlaw.com
Frank W. Frasier         frasier@tulsa.com,ffrasier@frasierlaw.com
Laurie Phillips          frasier@tulsa.com,lauriephillips@swbell.net
1700 Southwest Blvd.     **Fax No. 918-583-5637**
P.O. Box 799
Tulsa, OK  74101

| | |
|---|---|
| Maximilian M. Prusak | mprusak@mtco.com |
| Prusak, Winne & Gorman, Ltd. | **Fax No. 309-674-9701** |
| 403 N.E. Jefferson Street | |
| Peoria, IL  61603 | |

And I hereby certify that on **February 14, 2005**, I served a true copy of the following discovery document, along with a copy of this Notice, by United States Postal Service, postage fully prepaid, by enclosing same in separate envelopes addressed as set forth above and by depositing same in a U.S. Mail Post Office Box at Peoria, Illinois.

1. Elmer W. Phipps Answers to Third Party Defendant's Interrogatories;

2. Earth Loop's Answers to Third Party Defendant's Interrogatories; and

3. Response of Elmer W. Phipps and Earth Loop, Inc., d/b/a Tri-State Trenching & Drilling to Third Party Defendant's Request for Production to Third Party Plaintiffs.


ELMER W. PHIPPS and EARTH LOOP, INC., an Illinois corporation, d/b/a TRI-STATE TRENCHING & DRILLING, Defendants/Third Party Plaintiffs


By: /s/ *Bradley W. Dunham*
    Bradley W. Dunham - Lead Counsel
    Quinn, Johnston, Henderson & Pretorius
    227 N.E. Jefferson Street
    Peoria, IL  61602
    Telephone:  (309) 674-1133
    Fax:  (309) 674-6503
    E-Mail:  bdunham@qjhp.com