E-FILED
Monday, 14 February, 2005  04:51:35 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DIVISION OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| ARLENE WILMATH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ELMER W. PHIPPS and EARTH LOOP, INC., an Illinois corporation, d/b/a TRI-STATE TRENCHING & DRILLING | ) ) ) | Case No. 04-1329 |
| | ) | |
| Defendants. | ) | |
| | ) | |
| CHARLES LEWIS BOYD, | ) | Consolidated with: |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 04-1330 |
| | ) | |
| ELMER W. PHIPPS and EARTH LOOP, INC., an Illinois corporation, d/b/a TRI-STATE TRENCHING & DRILLING, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| ELMER W. PHIPPS and EARTH LOOP, INC., an Illinois corporation, d/b/a TRI-STATE TRENCHING & DRILLING, | ) ) ) | |
| | ) | |
| Third Party Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ARLENE WILMATH, | ) | |
| | ) | |
| Third Party Defendant. | ) | |

## NOTICE OF TAKING DEPOSITION

**TO:** Tab Goddy

**YOU ARE HEREBY NOTIFIED** that, pursuant to the terms and provisions of Rule 30 and other applicable rules of the Federal Rules of Civil Produced, the undersigned will proceed to take the deposition of the Plaintiff, Tab Goddy, at the law office of Quin, Johnston, Henderson & Pretorius, 227 N.E. Jefferson Street, Peoria, Illinois 61602, on 8 March, 2005 at 3:00 p.m. The deposition will take place before Donna Hagemeyer, a court reporter. You are invited to be present and examine said witness in accordance with the Federal Rules of Civil Procedure.

The undersigned certifies that a true copy of this Notice was electronically filed on the 14th day of February, 2005 with the Clerk of Court unsing the CM/ECF system, which will send notification of such filing to the following attorneys:

Maximilian M. Prusak
Prusak, Winne & Gorman, LTD
403 N.E. Jefferson
Peoria, IL 61603

Bradley W. Dunham
Attorney at Law
227 N.E. Jefferson Street
Peoria, OK 61602

And I hereby certify that on the 14th day of February, 2005, I mailed the document to the United States Postal Service to the following non-registered participants (court reporter):

Donna Hagemeyer
Hagemeyer & Associates
1322 W. Kenwick
Peoria, IL 61614

Respectfully submitted,

FRASIER, FRASIER & HICKMAN, LLP

By: *s/Laurie Phillips*
Laurie Phillips    OBA #19910
1700 Southwest Blvd.
PO Box 799
Tulsa, OK 74101-0799
918.584.4724
800.522.4049
918.583.5637 *fax*
Frasier@tulsa.com *e-mail*