IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| CHARLES LEWIS BOYD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 04-1329 |
| | ) | |
| ELMER W. PHIPPS and RICH SCHMITT, d/b/a TRI-STATE TRENCHING & BACKHOE, | ) ) ) | (Case No. 04-1330 is consolidated under Case No. 04-1329) |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| ELMER W. PHIPPS and RICH SCHMITT, d/b/a TRI-STATE TRENCHING & BACKHOE, | ) ) ) | |
| | ) | |
| Third Party Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ARLENE WILMATH, | ) | |
| | ) | |
| Third Party Defendant. | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 3rd day of March, 2005, I electronically filed Response to Request for Production of Documents Directed to the Third Party Defendant, Arlene Wilmath and Answers to Written Interrogatories Directed to the Third Party Defendant, Arlene Wilmath with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James E. Frasier
Frank W. Frasier
Laurie Phillips
1700 Southwest Boulevard
P. O. Box 799
Tulsa, OK 74101

Bradley W. Dunham
Quinn, Johnston, Henderson & Pretorius
227 N.E. Jefferson Street
Peoria, IL 61602

                                                      <u>/S/ Maximilian M. Prusak</u>
                                                     Attorney for Third Party Defendant
                                                     Arlene Wilmath

MAXIMILIAN M. PRUSAK
PRUSAK, WINNE & GORMAN, LTD.
403 N.E. Jefferson
Peoria, IL 61603
(309) 674-4222