E-FILED
Wednesday, 08 June, 2005  11:42:35 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DIVISION OF ILLINOIS
PEORIA DIVISION

| | |  |
|---|---|---|
| ARLENE WILMATH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ELMER W. PHIPPS and EARTH LOOP, INC., an Illinois corporation, d/b/a TRI-STATE TRENCHING & DRILLING | ) ) ) | Case No. 04-1329 |
| | ) | |
| Defendants. | ) | |
| | ) | |
| CHARLES LEWIS BOYD, | ) | Consolidated with: |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 04-1330 |
| | ) | |
| ELMER W. PHIPPS and EARTH LOOP, INC., an Illinois corporation, d/b/a TRI-STATE TRENCHING & DRILLING, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| ELMER W. PHIPPS and EARTH LOOP, INC., an Illinois corporation, d/b/a TRI-STATE TRENCHING & DRILLING, | ) ) ) | |
| | ) | |
| Third Party Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ARLENE WILMATH, | ) | |
| | ) | |
| Third Party Defendant. | ) | |

**NOTICE OF TAKING DEPOSITION**

**TO:**   All Counsel of Record

YOU ARE HEREBY NOTIFIED that, pursuant to the terms and provisions of Rule 30 and other applicable rules of the Federal Rules of Civil Produced, the undersigned will proceed to take the deposition of Officer Jason Haynes, at Image Air, Classroom, 2933 E. Empire Street, Bloomington, IL 61704, on 30th day of June, 2005, at 9:00 a.m. The deposition will take place before Shelley L. Marvin, a court reporter. You are invited to be present and examine said witness in accordance with the Federal Rules of Civil Procedure.

The undersigned certifies that a true copy of this Notice was electronically filed on the 8th day of June 2005 with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following attorneys:

Maximilian M. Prusak
Prusak, Winne & Gorman, LTD
403 N.E. Jefferson
Peoria, IL 61603

Bradley W. Dunham
Attorney at Law
227 N.E. Jefferson Street
Peoria, OK 61602

And I hereby certify that on the 8th day of June, 2005, I mailed the document to the United States Postal Service to the following non-registered participants (court reporter):

Shelley L. Marvin, RPR, CRR
1225 Newcastle Dr.,
Bloomington, IL 61704-8209

Respectfully submitted,

FRASIER, FRASIER & HICKMAN, LLP


By:   *s/Laurie Phillips*
      Laurie Phillips            OBA #19910
      1700 Southwest Blvd.
      PO Box 799
      Tulsa, OK 74101-0799
      918.584.4724
      800.522.4049
      918.583.5637 *fax*
      Frasier@tulsa.com *e-mail*


## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of June, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Bradley W. Dunham
Attorney at Law
227 N.E. Jefferson Street
Peoria, IL 61602

Maximilian M. Prusak
Prusak, Winne & Gorman, LTD
403 N.E. Jefferson
Peoria, IL 61603

               *s/Laurie Phillips*
               Laurie Phillips