IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| ARLENE WILMATH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 04-1329 |
| | ) | |
| ELMER W. PHIPPS and EARTH LOOP, | ) | |
| INC., an Illinois corporation, d/b/a | ) | |
| TRI-STATE TRENCHING & DRILLING, | ) | |
| | ) | |
| Defendants. | ) | |
| | | Consolidated with: |
| CHARLES LEWIS BOYD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 04-1330 |
| | ) | |
| ELMER W. PHIPPS and EARTH LOOP, | ) | |
| INC., an Illinois corporation, d/b/a | ) | |
| TRI-STATE TRENCHING & DRILLING, | ) | |
| | ) | |
| Defendants. | ) | |
| ELMER W. PHIPPS and EARTH LOOP, | ) | |
| INC., an Illinois corporation, d/b/a | ) | |
| TRI-STATE TRENCHING & DRILLING, | ) | |
| | ) | |
| Third Party Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ARLENE WILMATH, | ) | |
| | ) | |
| Third Party Defendant. | ) | |

**UNOPPOSED MOTION TO
AMEND SCHEDULING ORDER**

**COME NOW** Plaintiffs by and through their attorney the law firm of Frasier, Frasier & Hickman, LLP, and in support of their Unopposed Motion To Amend Scheduling Order alleges and states as follows:

1. Plaintiffs have contacted attorney for Defendants and attorney for Third Party Defendant and they have no objection to the granting of this Motion.

2. The depositions of the parties was taken past the deadline set forth in the Scheduling Order by agreement of the parties.

3. The depositions of the parties was taken on March 7, 2005 and March 8, 2005.

4. Attorney for Plaintiffs had some difficulty obtaining the Defendants' deposition exhibits. Therefore a request was made by the Plaintiffs to the Defendants to extend the Scheduling Order deadlines by thirty (30) days.

**WHEREFORE,** premises considered, Plaintiffs request that this Court extend the deadlines and adopt the Amended Scheduling Order attached hereto as Exhibit A.

The undersigned certifies that a true copy of this Notice was electronically filed on the 15th day of June, 2005 with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following attorneys:

> Maximilian M. Prusak
> Prusak, Winne & Gorman, LTD
> 403 N.E. Jefferson
> Peoria, IL 61603
>
> Bradley W. Dunham
> Attorney at Law
> 227 N.E. Jefferson Street
> Peoria, OK 61602

2

        Respectfully Submitted,

        FRASIER, FRASIER & HICKMAN, LLP

By:   /s/ Laurie Phillips
       James E. Frasier      OBA #3108
       Laurie Phillips       OBA #19910
       1700 Southwest Blvd.
       PO Box 799
       Tulsa, OK 74101-0799
       918.584.4724
       918.583.5637 *fax*
       Frasier@tulsa.com *e-mail*