IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ARLENE WILMATH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 04-1329 |
| ) | |
| ELMER W. PHIPPS and EARTH LOOP, ) | |
| INC., an Illinois corporation, d/b/a ) | |
| TRI-STATE TRENCHING & DRILLING, ) | |
| ) | |
| Defendants. ) | |
| | Consolidated with: |
| CHARLES LEWIS BOYD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 04-1330 |
| ) | |
| ELMER W. PHIPPS and EARTH LOOP, ) | |
| INC., an Illinois corporation, d/b/a ) | |
| TRI-STATE TRENCHING & DRILLING, ) | |
| ) | |
| Defendants. ) | |
| | |
| ELMER W. PHIPPS and EARTH LOOP, ) | |
| INC., an Illinois corporation, d/b/a ) | |
| TRI-STATE TRENCHING & DRILLING, ) | |
| ) | |
| Third Party Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| ARLENE WILMATH, ) | |
| ) | |
| Third Party Defendant. ) | |

**AMENDED
SCHEDULING ORDER**

Pursuant to Plaintiffs' Unopposed Motion to Amend Scheduling Order the following deadlines shall be amended as follows:

1

1. No parties to join other parties or to amend the pleadings to be filed after May 15, 2005.

2. All Plaintiffs are to identify testifying experts and to provide Rule 26 expert reports by June 1, 2005. All Defendants are to identify testifying experts and to provide Rule 26 expert reports by September 1, 2005. Third Party Defendant to identify testifying experts and to provide Rule 26 expert reports by November 15, 2005.

3. The parties have until January 1, 2006, to complete all discovery. Any written discovery served subsequent to the date of this Order to be served by a date that allows the served party the full 30 days provided by the Federal Rules of Civil Procedure in which to comply.

4. The parties have until February 1, 2006 to file dispositive motions. No dispositive motions filed after that date will be considered by the Court.

5. All other dates set forth in this Court's Scheduling Order of 5 January 2005 not amended herein shall remain in full force and effect.

Entered this 17th day of June, 2005.

s/ Byron G. Cudmore
------
JUDGE
United States Magistrate Judge

2