BWD:sd I:\1\Civil\Wilmath, Boyd v Tri State 101 048 288\Notices\nsdd - 1st supp rpd to pl wilmath bwd.frm

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| ARLENE WILMATH,<br>　　　　　Plaintiff,<br>vs.<br>ELMER W. PHIPPS and EARTH LOOP,<br>INC., an Illinois corporation, d/b/a<br>TRI-STATE TRENCHING & DRILLING,<br>　　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) | Case No.  04-1329<br><br><br><br><br><br>Consolidated With: |
| CHARLES LEWIS BOYD,<br>　　　　　Plaintiff,<br>vs.<br>ELMER W. PHIPPS and EARTH LOOP,<br>INC., an Illinois corporation, d/b/a<br>TRI-STATE TRENCHING & DRILLING,<br>　　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) | Case No.  04-1330 |
| ELMER W. PHIPPS and EARTH LOOP,<br>INC., an Illinois corporation, d/b/a<br>TRI-STATE TRENCHING & DRILLING,<br>　　　　　Third Party Plaintiffs,<br>v.<br>ARLENE WILMATH,<br>　　　　　Third Party Defendant. | ) ) ) ) ) ) ) ) ) ) ) | |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

I hereby certify that on **June 23, 2005**, I electronically filed this **Notice of Service of Discovery Documents** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

James E. Frasier　　　　　　　frasier@tulsa.com,jfrasier@frasierlaw.com
Frank W. Frasier　　　　　　　frasier@tulsa.com,ffrasier@frasierlaw.com
Laurie Phillips　　　　　　　　frasier@tulsa.com,lauriephillips@swbell.net
1700 Southwest Blvd.　　　　**Fax No. 918-583-5637**
P.O. Box 799
Tulsa, OK  74101

Maximilian M. Prusak             mprusak@mtco.com
Prusak, Winne & Gorman, Ltd.     **Fax No. 309-674-9701**
403 N.E. Jefferson Street
Peoria, IL 61603


And I hereby certify that on **June 23, 2005**, I served a true copy of the following discovery document, along with a copy of this Notice, by United States Postal Service, postage fully prepaid, by enclosing same in separate envelopes addressed as set forth above and by depositing same in a U.S. Mail Post Office Box at Peoria, Illinois.

1. First Supplemental Request for Production of Documents Directed to the Plaintiff, Arlene Wilmath.


ELMER W. PHIPPS and EARTH LOOP, INC., an Illinois corporation, d/b/a TRI-STATE TRENCHING & DRILLING, Defendants/Third Party Plaintiffs


By: /s/ *Bradley W. Dunham*
     Bradley W. Dunham - Lead Counsel
     Quinn, Johnston, Henderson & Pretorius
     227 N.E. Jefferson Street
     Peoria, IL 61602
     Telephone: (309) 674-1133
     Fax: (309) 674-6503
     E-Mail: bdunham@qjhp.com