BWD:sd I:\1\Civil\Wilmath, Boyd v Tri State 101 048 288\Notices\ncr bwd.frm

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ARLENE WILMATH, )<br>          Plaintiff, )<br>  )<br>vs. )<br>  )<br>ELMER W. PHIPPS and EARTH LOOP, )<br>INC., an Illinois corporation, d/b/a )<br>TRI-STATE TRENCHING & DRILLING, )<br>  )<br>          Defendants. ) | Case No. 04-1329<br><br><br><br><br><br><br><br>Consolidated With: |
| CHARLES LEWIS BOYD, )<br>          Plaintiff, )<br>vs. )<br>  )<br>ELMER W. PHIPPS and EARTH LOOP, )<br>INC., an Illinois corporation, d/b/a )<br>TRI-STATE TRENCHING & DRILLING, )<br>  )<br>          Defendants. ) | <br><br><br><br>Case No. 04-1330 |
| ELMER W. PHIPPS and EARTH LOOP, )<br>INC., an Illinois corporation, d/b/a )<br>TRI-STATE TRENCHING & DRILLING, )<br>  )<br>          Third Party Plaintiffs, )<br>v. )<br>  )<br>ARLENE WILMATH, )<br>  )<br>          Third Party Defendant. ) | |

**NOTICE OF COPYING RECORDS**

TO:   All Counsel of Record

YOU ARE HEREBY NOTIFIED that the following provider(s) will produce records in the above-entitled cause on or before the date and time indicated:

| **Provider** | **Date** | **Time** |
|---|---|---|

**Plaintiff, Arlene Wilmath**

| | | |
|---|---|---|
| Medical Records Custodian<br>Dr. Ann M. Morris<br>2990 North Sioux<br>Claremore, OK  74017 | July 22, 2005 | 10:00 A.M. |
| Medical Records Custodian<br>Dr. Jeffrey K. McIlroy<br>2990 North Sioux<br>Claremore, OK  74017 | July 22, 2005 | 10:00 A.M. |
| Medical Records Custodian<br>Clayton Rogers, Ph.D.<br>1490 W. Blue Starr Drive<br>Claremore, OK  74017 | July 22, 2005 | 10:00 A.M. |
| Records Custodian<br>Group Health Service of Oklahoma<br>1215 S. Boulder<br>P.O. Box 3404<br>Tulsa, OK  74101 | July 22, 2005 | 10:00 A.M. |

**Plaintiff, Charles Lewis Boyd**

| | | |
|---|---|---|
| Medical Records Custodian<br>Dr. Russell Cox, D.C.<br>Chiropractic Clinic<br>8434 North 123rd East Avenue<br>Owasso, OK  74055 | July 22, 2005 | 10:00 A.M. |
| Medical Records Custodian<br>Dr. Collin Quigley, D.C.<br>648 West Will Rogers Blvd.<br>Claremore, OK  74017 | July 22, 2005 | 10:00 A.M. |
| Medical Records Custodian<br>Dr. Gary D. Fortner<br>1408 N. Florence<br>Claremore, OK  74017 | July 22, 2005 | 10:00 A.M. |

at the offices of QUINN, JOHNSTON, HENDERSON & PRETORIUS, 227 N.E. Jefferson Street, Peoria, Illinois, 61602, pursuant to appropriate Federal Rules of Civil Procedure. The parties have agreed that this is a case involving personal injuries and that the acquisition of the Plaintiff's medical records is necessary. In accordance with HIPAA (45 CFR 164.512), a Qualified Protective Order has been issued.

Copies of these records for your files will be prepared at the rate of $.25 per page upon request. <u>Please notify us of this request prior to the above date and time</u>. A copy of the Subpoena for each provider is attached to the Notices to all counsel.

I hereby certify that on **July 1, 2005**, I electronically filed this **Notice of Copying Records** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| James E. Frasier | frasier@tulsa.com, jfrasier@frasierlaw.com |
| Frank W. Frasier | frasier@tulsa.com, ffrasier@frasierlaw.com |
| Laurie Phillips | frasier@tulsa.com, lauriephillips@swbell.net |
| 1700 Southwest Blvd. | **Fax No. 918-583-5637** |
| P.O. Box 799 | |
| Tulsa, OK 74101 | |
| | |
| Maximilian M. Prusak | mprusak@mtco.com |
| Prusak, Winne & Gorman, Ltd. | **Fax No. 309-674-9701** |
| 403 N.E. Jefferson Street | |
| Peoria, IL 61603 | |

ELMER W. PHIPPS and EARTH LOOP, INC., an Illinois Corporation, d/b/a TRI-STATE TRENCHING & BACKHOE, Defendants

By: /s/ Bradley W. Dunham
Bradley W. Dunham - Lead Counsel
Quinn, Johnston, Henderson & Pretorius
227 N.E. Jefferson Street
Peoria, IL 61602
Telephone: (309) 674-1133
Fax: (309) 674-6503
E-Mail: bdunham@qjhp.co

3