E-FILED
Thursday, 25 August, 2005  01:47:20 PM
Clerk, U.S. District Court, ILCD

BWD:sd I:\1\Civil\Wilmath, Boyd v Tri State 101 048 288\Pleadings\report of settlement.frm

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | | |
|---|---|---|
| ARLENE WILMATH, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  04-1329 |
| | ) | |
| ELMER W. PHIPPS and EARTH LOOP, | ) | |
| INC., an Illinois corporation, d/b/a | ) | |
| TRI-STATE TRENCHING & DRILLING, | ) | |
| | ) | |
| Defendants. | ) | |
| | | Consolidated With: |
| CHARLES LEWIS BOYD, | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| ELMER W. PHIPPS and EARTH LOOP, | ) | |
| INC., an Illinois corporation, d/b/a | ) | Case No.  04-1330 |
| TRI-STATE TRENCHING & DRILLING, | ) | |
| | ) | |
| Defendants. | ) | |
| ELMER W. PHIPPS and EARTH LOOP, | ) | |
| INC., an Illinois corporation, d/b/a | ) | |
| TRI-STATE TRENCHING & DRILLING, | ) | |
| | ) | |
| Third Party Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| ARLENE WILMATH, | ) | |
| | ) | |
| Third Party Defendant. | ) | |

## REPORT OF SETTLEMENT

NOW COME the Defendants, ELMER W. PHIPPS and EARTH LOOP, INC., an

Illinois corporation, d/b/a TRI-STATE TRENCHING & DRILLING, and hereby file this

Report of Settlement advising the Court that the case of the Plaintiff, ARLENE WILMATH,

Case No. 04-1329, has been settled.

The case of the Plaintiff, CHARLES BOYD, Case No. 04-1330, remains pending.


ELMER W. PHIPPS and EARTH LOOP, INC., an
Illinois Corporation, d/b/a TRI-STATE
TRENCHING & BACKHOE, Defendants


By:  /s/ Bradley W. Dunham
　　　　Bradley W. Dunham - Lead Counsel
　　　　Quinn, Johnston, Henderson & Pretorius
　　　　227 N.E. Jefferson Street
　　　　Peoria, IL  61602
　　　　Telephone:  (309) 674-1133
　　　　Fax:  (309) 674-6503
　　　　E-Mail:  bdunham@qjhp.com

## CERTIFICATE OF SERVICE

I hereby certify that on _____ August 25, 2005 _____, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James E. Frasier
Frank W. Frasier
Laurie Phillips
1700 Southwest Boulevard
P.O. Box 799
Tulsa, OK  74101
**Facsimile: 918-583-5637**
*E-Mail: frasier@tulsa.com*


Maximilian M. Prusak
Prusak, Winne & Gorman, Ltd.
403 N.E. Jefferson Street
Peoria, IL  61603
**Facsimile: 674-9701**
*E-Mail: mprusak@mtco.com*


*/s/Bradley W. Dunham*
Bradley W. Dunham - Lead Counsel
Attorney for Defendants
Quinn, Johnston, Henderson & Pretorius
227 N.E. Jefferson Street
Peoria, IL  61602
Phone: (309) 674-1133
Fax:  (309) 674-6503