UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT PEORIA, ILLINOIS

| | |
|---|---|
| Larry Young, B01435 ) | |
|     Plaintiff ) | |
| ) | |
| vs. ) | Case No. 04-1329 |
| ) | |
| Guy Pierce et al ) | |
|     Defendant ) | |

**DEFICIENCY ORDER**

The plaintiff, Larry Young, an inmate at the Pontiac Correctional Center, has submitted a civil rights complaint under 42 U.S.C. § 1983 and seeks leave to proceed in forma pauperis. Under the court's local rules, the plaintiff must provide the court with a copy of the complaint and U.S. Marshals service forms (USM-285) for each defendant. See CDIL-LR 16.3(A).

The plaintiff failed to include a sufficient number of copies for service on the defendant(s). The court requires the original complaint, plus one copy of the complaint for each defendant who is being sued. Need 7 more copies of the complaint PLUS attachments.

The plaintiff must fill out a marshal's form for each defendant being sued. The plaintiff has previously provided marshal's forms for defendants Guy Pierce and Douglas Brown. The plaintiff must fill out a marshal's form for the other six defendants. Failure of the plaintiff to complete and return the forms within twenty-one (21) days will result in summary dismissal of the complaint, without prejudice.

IT IS THEREFORE ORDERED that failure to comply with the court's deficiency order within twenty-one (21) days will result in summary dismissal of this case, without prejudice. The clerk is directed to provide the plaintiff with blank USM-285 forms.

Enter this 14th day of November, 2005.

                                           s/ John A. Gorman

                                      JOHN A. GORMAN
                         UNITED STATES MAGISTRATE JUDGE